**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Reuben Cook HEAD, Jr., Defendant-Appellant.**

No. 30943

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

March 30, 1971.

---

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I.

Arthur Parker, Parker, Wilkinson, Montgomery & Gwin, Professional Association, Birmingham, Ala., for defendant-appellant.

Melton L. Alexander, Asst. U. S. Atty., Birmingham, Ala., Wayman G. Sherrer, U. S. Atty., for plaintiff-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]